UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARKEIA SHANNON,

    Plaintiff,

No. 2:23-cv-10995

Hon. Terrence G. Berg

v

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Defendant.

| | |
|---|---|
| Eric Stempien (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Road, Suite 130<br>Livonia, MI 48152<br>(734) 774-7002 | Erin A. Graham (P77045)<br>Jenni M. Scheid (P64886)<br>Assistant Attorneys General<br>Attorneys for Defendant<br>Michigan Dept of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055 |

## **STIPULATION AND ORDER OF DISMISSAL**

The parties, through their undersigned attorneys, having settled this action, hereby stipulate and agree to dismiss this case with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(2).

The Parties further stipulate and agree that the Court will retain jurisdiction over this matter through April 8, 2025 in order to enforce the terms of the parties' settlement.

| | |
|---|---|
| */s/ Erin A. Graham* | Dated: January 13, 2025 |

Erin A. Graham (P77045)
Assistant Attorney General
Attorney for Defendant
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

| | |
|---|---|
| */s/Eric Stempien (w/permission)* | Dated: January 13, 2025 |

Eric Stempien (P58703)
Stempien Law, PLLC
38701 Seven Mile Road, Suite 130
Livonia, MI 48152
(734) 774-7002

## **ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated and agreed as stated above, and the Court being fully advised on the premises:

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2) the above-captioned matter is dismissed with prejudice and without costs to either party.

IT IS FURTHER ORDERED that the Court will retain jurisdiction over the parties matter through April 8, 2025 in order to enforce the terms of the parties' settlement.

/s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Dated: January 16, 2025